## GREENWOOD v. SIMS et al.

No. 13081—Opinion Filed April 18, 1922.

(Syllabus.)

**Appeal and Error—Time for Proceedings.**

Where a petition in error is not filed in the Supreme Court until after the expiration of more than six months from the date of the judgment appealed from, the Supreme Court has no jurisdiction over the subject-matter, and the appeal will be dismissed.

Error from District Court, Pawnee County; Redmond S. Cole, Judge.

Action by B. I. Greenwood against W. W. Sims, N. S. Mitchell, and James Hinton. Judgment for defendants, and plaintiff brings error. Dismissed.

Prentiss E. Rowe, for plaintiff in error.

McCollum & McCollum, for defendants in error.

PITCHFORD, V. C. J. Plaintiff in error, as clerk of school district No. 56, in Pawnee county, instituted this action against the defendants in error, acting as officers of consolidated district No. 3, asking that said consolidated school district be decreed to have no legal existence and to be null and void, and that the defendants in error be adjudged to have no just or legal rights or authority to hold, exercise, occupy, or act as officers of said pretended consolidated school district, or interfere with plaintiff in error as clerk of said district No. 56.

The cause was tried and judgment rendered in the lower court on the 3d day of August, 1921, in favor of defendants in error. Motion for new trial was overruled on the 4th day of August, 1921. The petition in error, with case-made, was filed in this court March 3, 1922.

The defendants have filed in this court a motion to dismiss the appeal, on the ground that more than six months expired from the date of the judgment overruling the motion for new trial to the date of filing the petition in error and case-made in this court.

The act of 1910-11, Session Laws of Oklahoma, p. 35, provides that proceedings in error in the Supreme Court must be brought within six months from the date of the rendition of the judgment or order from which the appeal is sought to be taken, and, when not so brought, this court is without jurisdiction and cannot review the action of the trial court. McDonell v. Continental Supply Company, 79 Okla. 286, 193 Pac. 524; Hall v. Bank of Commerce of Okmul-

gee, 80 Okla. 40, 193 Pac. 990; Board of Com'rs of Tillman County v. Little, 80 Okla. 45, 193 Pac. 986.

The motion is therefore sustained, and appeal dismissed.

McNEILL, JOHNSON, ELTING, and NICHOLSON, JJ., concur.

---

## STATE ex rel. FREELING, Atty. Gen., v. HARMON.

No. 13038—Opinion Filed March 21, 1922.

Rehearing Denied April 25, 1922.

(Syllabus.)

**Banks and Banking—Jurisdiction of Insolvent State Banks.**

Reversed and rendered upon the authority of State of Oklahoma ex rel. George F. Short, Attorney General, v. John Norman, Judge of the Twenty-Second Judicial District, 86 Okla. 36, 206 Pac. 522.

MILLER, ELTING, and KENNAMER, JJ., dissenting.

Error from District Court, Okmulgee County; John Norman, Judge.

Action by the State, on relation of the Attorney General, against W. J. Harmon to enforce liability of stockholder in failed bank. From order of district court appointing receiver and enjoining action of State Bank Commissioner, the State brings error. Reversed.

George F. Short, Atty. Gen., Wm. H. Zwick, Asst. Atty. Gen., and M. M. Thomas (for Banking Department), for plaintiff in error.

Geo. S. Ramsey, Fred M. Carter, and A. L. Beckett, for defendant in error.

KANE, J. By stipulation of counsel this cause was submitted for consideration in connection with original proceeding No. 13023, entitled "State of Oklahoma ex rel. George F. Short, Attorney General, v. John Norman, Judge of the District Court of the Twenty-Second Judicial District," in which an opinion has this day been handed down, 86 Okla. 36, 206 Pac. 522. On the authority of that case the judgment appealed from herein is reversed, and the cause remanded, with directions to vacate the order appointing a receiver, and enjoining the Bank Commissioner from proceeding in said cause.

HARRISON, C. J., PITCHFORD, V. C. J., and JOHNSON, McNEILL, and NICHOLSON, JJ., concur. MILLER, ELTING, and KENNAMER, JJ., dissent.